

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2019

No. 04-19-00068-CR

Victor Manuel **PALOMO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2009CRN001115-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Appellant's brief was due on July 31, 2019. When it was not filed, this court notified appellant's counsel of the deficiency by letter on August 8, 2019. TEX. R. APP. P. 38.8(b)(2). On August 9, 2019, appellant's counsel filed a response, stating she was originally retained as counsel to represent appellant, but appellant is unable to pay her fee. Counsel further states she does not intend to abandon the appeal and intends to seek appointment as counsel.

Pursuant to rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we abate this case to the trial court and **ORDER** the trial court to conduct a hearing **on or before September 18, 2019** to determine whether appellant is indigent and if so, to appoint counsel. The trial court shall order appellant's current counsel to be present at the hearing.

The trial court is further **ORDERED** to file supplemental clerk's and reporter's records in this court, no later than fifteen days after the hearing, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above questions. All appellate filing dates are ABATED pending further orders from this court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2019.

Keith E. Hottle
Clerk of Court